No. 88–2102. STEWART ET AL. *v.* ABEND, DBA AUTHORS RESEARCH CO. C. A. 9th Cir. [Certiorari granted, *ante*, p. 807.] Motion of Columbia Pictures Industries, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 88–2123. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 807.] Motion of respondent National Treasury Employees Union for divided argument granted.

No. 88–6546. DURO *v.* REINA, CHIEF OF POLICE, SALT RIVER DEPARTMENT OF PUBLIC SAFETY, SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, ET AL. C. A. 9th Cir. [Certiorari granted, 490 U. S. 1034.] Motion of New Mexico et al. for leave to file a brief as *amici curiae* out of time denied.

No. 88–7351. WALTON *v.* ARIZONA. Sup. Ct. Ariz. [Certiorari granted, *ante*, p. 808.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 89–61. UNITED STATES *v.* OJEDA RIOS ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 889.] Motions for appointment of counsel granted, and it is ordered that Margaret P. Levy, Esq., of Hartford, Conn., be appointed to serve as counsel for respondents in this case.

No. 89–156. PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE ET AL. *v.* DAVENPORT ET UX. C. A. 3d Cir. [Certiorari granted, *ante*, p. 808.] Motions of Council of State Governments et al. and Washington Legal Foundation et al. for leave to file briefs as *amici curiae* granted.

No. 89–593. LIBERTY MUTUAL INSURANCE CO. ET AL. *v.* COMMISSIONER OF REVENUE OF MASSACHUSETTS. Sup. Jud. Ct. Mass. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 89–5953. IN RE STULL ET AL. Petition for writ of habeas corpus denied.

No. 88–1260. CITIBANK, N. A. *v.* WELLS FARGO ASIA LTD. C. A. 2d Cir. Certiorari granted.